# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLAFIRO GONZALEZ,<br><br>             Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISON, et al.,<br><br>             Defendants. | Case No. 2:24-cv-01944-MRA (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO DISMISS PLAINTIFF'S *BIVENS* COMPLAINT** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the filed Report and Recommendation to Dismiss Plaintiff's *Bivens* Complaint and any relevant records as needed. Because the deadline for any objections—May 30, 2025—has passed with none filed, the Court need not review de novo the findings and conclusions in the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

      THEREFORE, the Court accepts the Report and Recommendation and orders that Plaintiff's first amended *Bivens* complaint be dismissed without leave to amend. Judgment will be entered dismissing this *Bivens* action with prejudice. Any pending motions (ECF 53, 54) are denied as moot.

      IT IS SO ORDERED.

DATED: June 23, 2025

MONICA RAMIREZ ALMADANI
United States District Judge