JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLAFIRO GONZALEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF PRISON, et al.,<br><br>        Defendants. | Case No. 2:24-cv-01944-MRA (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation to Dismiss Plaintiff's *Bivens* Complaint, **IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: June 23, 2025

MONICA RAMIREZ ALMADANI
United States District Judge